UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
----------------------------------------
JARROD NASIN, Individually and on        2:17-CV-3244 WJM
behalf of all others similarly
situated,

                Plaintiffs,

v.
                                         CONSOLIDATION ORDER

HONGLI CLEAN ENERGY TECHNOLOGIES
CORP., JIANHUA LV, SONG LV,


                Defendants.

----------------------------------------
GLENN ELLIS, et al,                      2:17-CV-04762WJM


                Plaintiffs,
v.

HONGLI CLEAN ENERGY TECHNOLOGIES
CORP., JIANHUA LV, SONG LV, ZAN WU,

                Defendants.
----------------------------------------
```

The Court having determined that the above captioned matters are related to the same issues and facts,

It is on this 8th day of September, 2017

ORDERED that the Civil Action Number 2:17-cv-04762 be consolidated with Civil Action Number 2:17-cv-3244 for all purposes.

s/William J. Martini

_____
WILLIAM J. MARTINI, U.S.D.J.